UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

SHAEL CRUZ,

                    Plaintiff,          21-cv-9976 (JGK)

      - against -               ORDER

ALDER BOUTIQUE LLC,

                    Defendant.
―――――――――――――――――――――――――――――――
JOHN G. KOELTL, District Judge:

    The conference scheduled for **March 15, 2022** at **3:30 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
           March 14, 2022

                                              John G. Koeltl
                                    United States District Judge