UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SHAEL CRUZ, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY                 21-cv-9976 (JGK)
SITUATED,
                                               ORDER
                Plaintiff,

    - against -

ALDER BOUTIQUE LLC,

                Defendant.
---

JOHN G. KOELTL, District Judge:

   The parties are directed to file a Rule 26(f) report by April 22, 2022.


SO ORDERED.

Dated:    New York, New York
          April 12, 2022

                                    _____
                                    John G. Koeltl
                                    United States District Judge